UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERSES VARDKEZOVEC MARTIROSYAN,<br><br>           Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER, et al.,<br><br>           Respondents. | 1:09-CV-01198 OWW GSA HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION TO CORRECT SPELLING OF PETITIONER'S NAME<br>[Doc. #19] |

    Petitioner is a detainee of the United States Bureau of Immigration and Customs Enforcement ("ICE") proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On August 17, 2009, Petitioner filed the instant petition for writ of habeas corpus under the name of "Nerses Vardke Martirosyan." He now advises the Court that his name, specifically his middle name, is not correct. He states his complete name is "Nerses Vardkezovec Martirosyan."

    Accordingly, the Clerk of Court is DIRECTED to correct the Court's docket to reflect that Petitioner's name is "Nerses Vardkezovec Martirosyan." All pending deadlines in this case remain intact.

   IT IS SO ORDERED.

    Dated:    **August 24, 2009**              /s/ **Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE